■ PASQUALE COLABELLA, Respondent, v ST. CHARLES HOSPITAL, Appellant, et al., Defendant. — Order of the Supreme Court, Suffolk County (Baisley, J.), dated June 29, 1981, affirmed, with $50 costs and disbursements. (See *King v O'Connor,* 103 Misc 2d 607.) Appellant's time to comply with the relevant items in the notice of discovery is extended until 20 days after service upon it of a copy of the order to be made hereon, with notice of entry. Titone, J. P., Mangano, Weinstein and O'Connor, JJ., concur.